1  DANIEL J. BRODERICK, #89424
Federal Defender
2  ANN H. VORIS, Bar #100433
Assistant Federal Defender
3  Designated Counsel for Service
2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6  TERESA LOPEZ-PARISH

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO.  1:06-cr-00176 OWW
                                       )
12                  Plaintiff,         )   STIPULATION TO CONTINUE MOTIONS
                                       )   HEARING;  ORDER THEREON
13           v.                        )
                                       )   Date:  September 19, 2006
14  TERESA LOPEZ-PARISH,               )   Time:  9:00 A.M.
                                       )   Judge: Hon. Oliver W. Wanger
15                  Defendant.         )
                                       )
16  _____  )

17

18          **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that **the hearing on motions now set for July 31, 2006, may be continued to September 19,**

20  **2006, at 9:00 A.M.**

21          This continuance is requested to allow additional time for defense investigation and to all the

22  parties additional time for plea negotiation.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice

3  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and

4  3161(h)(8)(B)(i) and (iv).

5                                                  McGREGOR W. SCOTT
                                                   United States Attorney
6

7  DATED: July 26, 2006                    By:    /s/  Stanley A. Boone
                                                   STANLEY A. BOONE
8                                                  Assistant United States Attorney
                                                   Attorney for Plaintiff
9

10                                                 DANIEL J. BRODERICK
                                                   Federal Public Defender
11

12  DATED: July 26, 2006                   By:     /s/ Ann H. Voris
                                                   ANN H. VORIS
13                                                 Assistant Federal Defender
                                                   Attorneys for Defendant
14                                                 TERESA LOPEZ-PARISH

15

16

17                                  **O R D E R**

18      **IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F),

19  3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

20

21

22

23  IT IS SO ORDERED.

    **Dated:    July 29, 2006**                    **/s/ Oliver W. Wanger**
24  emm0d6                                  UNITED STATES DISTRICT JUDGE

25

26

27

28

Stipulation to Continue Motions
Hearing; [Proposed] Order Thereon
                                     –2–