DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERESA LOPEZ-PARISH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>TERESA LOPEZ-PARISH,<br><br>                    Defendant. | NO.  1:06-cr-00176 OWW<br><br>STIPULATION TO CONTINUE MOTIONS HEARING; [PROPOSED] ORDER THEREON<br><br>Date:  September 19, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the hearing on motions now set for September 19, 2006, may be continued to October 17, 2006, at 9:00 A.M.**

This continuance is requested to allow additional time for defense investigation and to all the parties additional time for plea negotiation.

///
///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and
4  3161(h)(8)(B)(i) and (iv).

        McGREGOR W. SCOTT
        United States Attorney

DATED: September 18, 2006        By:  /s/ Stanley A. Boone
        STANLEY A. BOONE
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Public Defender

DATED: September 18, 2006       By:  /s/ Ann H. Voris
        ANN H. VORIS
        Assistant Federal Defender
        Attorneys for Defendant
        TERESA LOPEZ-PARISH

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:  September 22, 2006**        /s/ Oliver W. Wanger
emm0d6        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions
Hearing; [Proposed] Order Thereon

-2-