```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  ANN H. VORIS, Bar #100433
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  TERESA LOPEZ-PARISH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00176 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING, AND ORDER THEREON |
| v. | ) | |
| TERESA LOPEZ-PARISH, | ) | Date:  December 12, 2006 |
| Defendant. | ) | Time:  9:00 a.m. |
|  | ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the change of plea hearing in the above-referenced matter now set for November 28, 2006, **may be continued December 12, 2006 at 9:00 a.m.**

This stipulation is presented to the Court at the request of counsel for defendant to allow time to permit completion of plea negotiations between the parties.

///

///

///

///

Stipulation to Continue Change of Plea Hearing,
and [Proposed] Order Thereon

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

McGREGOR W. SCOTT
United States Attorney

DATED:  November 17, 2006       By   /s/ Ann H. Voris with consent of
                                      Stanley A. Boone
                                     STANLEY A. BOONE
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: November 17, 2006        By   /s/ Ann H. Voris
                                     ANN H. VORIS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Teresa Lopez-Parish

**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   November 21, 2006**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Change of Plea Hearing,
and [Proposed] Order Thereon                           2