DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERESA LOPEZ-PARISH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:1:06-cr-00176 OWW |
|---|---|---|
| Plaintiff, | ) ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. | ) ) | ORDER THEREON |
| TERESA LOPEZ-PARISH, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Teresa Lopez-Parish, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of her appearance at said time and place.

Defendant makes this request because she resides outside the Fresno, California, area, and because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship. Defendant wishes to limit the number of personal court appearances and

minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: January 29, 2007

          /s/ Teresa Lopez-Parish
          TERESA LOPEZ-PARISH


          /s/ Ann H. Voris
          ANN H. VORIS
          Assistant Federal Defender
          Attorney for Defendant

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   January 29, 2007**          /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE