DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERESA LOPEZ-PARISH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERESA LOPEZ-PARISH,<br><br>　　　　Defendant. | NO. 1:06-cr-00176 OWW<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING, AND ORDER THEREON<br><br>Date:　February 20, 2007<br>Time:　9:00 a.m.<br>Judge:　Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the change of plea hearing in the above-referenced matter now set for February 13, 2007, **may be continued February 20, 2007 at 9:00 a.m.**

This stipulation is presented to the Court at the request of counsel for defendant because defendant has a scheduled medical appointment which was made prior to learning of the present court hearing date, and the medical appointment cannot be changed at this time.

///

///

///

Stipulation to Continue Change of Plea Hearing,
and [Proposed] Order Thereon

1  The parties also agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

```
                                              McGREGOR W. SCOTT
                                              United States Attorney

                                               /s/ Ann H. Voris with consent of
DATED: February 9, 2007                   By   Stanley A. Boone
                                              STANLEY A. BOONE
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff



                                              DANIEL J. BRODERICK
                                              Federal Public Defender

DATED: February 9, 2007                   By  /s/ Ann H. Voris
                                              ANN H. VORIS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Teresa Lopez-Parish
```

## O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   February 9, 2007**            /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE